IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:15cr4 |
| | ) | |
| ABDULLAHI AINTE, | ) | |
| | ) | |
| Defendant. | ) | |

## POSITION OF THE UNITED STATES
## WITH RESPECT TO SENTENCING FACTORS

In accordance with Section 6A1.2 of the Sentencing Guidelines and this Court's policy regarding guideline sentencing, the government hereby represents that it has reviewed the Probation Office's presentence report and that it does not dispute any of the factors or facts set out therein. The sentencing guidelines, as calculated by the Probation Office, accurately reflect the punishment that is appropriate in this particular case.

In light of the circumstances of the defendant's offense, we do not seek a sentence of confinement.

Respectfully submitted,

Dana J. Boente
United States Attorney

By:     /s/
Allison Ickovic
Special Assistant United States Attorney
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3700
(703) 837.8242 (fax)
Allison.b.ickovic@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2015, I electronically filed the foregoing Position of the United States with Respect to Sentencing Factors with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all parties of record in this case.

    /s/
Allison Ickovic
Special Assistant United States Attorney
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3700
(703) 837.8242 (fax)
Allison.b.ickovic@usdoj.gov