Prob 35 (05/05)

Report and Order Terminating Probation
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

V.   Crim. No. 1:15CR00004-001

Abdullahi Ainte

On April 13, 2015, the above-named defendant was placed on probation for a period of three (3) years. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

*[signature]*

Eva M. Wall
U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from probation and that the proceedings in the case be terminated.

Dated this _15th_ day of _November_, 2016.

/s/
Gerald Bruce Lee
United States District Judge

Gerald B. Lee
United States District Judge

**TO CLERK'S OFFICE**